No. 78–6432.  ROBY v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 78–6459.  GAINES v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 78–6468.  HANER v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 78–6469.  CLARK v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 78–6480.  SNELL v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 78–6482.  AGEE v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 78–6488.  DELPIANO v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 78–6495.  STINE v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 78–6505.  NOLES v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 78–6516.  DARBY ET AL. v. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION No. 1547, ET AL. C. A. 9th Cir.  Certiorari denied.

No. 78–6521.  SIGGERS v. OHIO.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 78–6532.  COLON v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 78–6589.  BURSON v. ENGLE, CORRECTIONAL SUPERINTENDENT.  C. A. 6th Cir.  Certiorari denied.